Robert Tauler (SBN 241964)
rtauler@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (310) 590-3927

*Attorneys for Plaintiff
Anne Heiting*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE HEITING, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>CONE HEALTH CONNECTED CARE LLC, a North Carolina limited liability company; and DOES 1 through 25, inclusive<br><br>　　　　　Defendants. | Case No. 2:24-cv-04479-SB-AS<br><br>**PLAINTIFF ANNE HEITING'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

# REQUEST FOR DISMISSAL

Plaintiff, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action without prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs. See Fed. R. Civ. P. 41(a)(1)(A)(i).

In addition, there has been no motion for class certification filed in this action, thus no class has been certified, and it is not necessary to provide notice to the absent putative class members. See Judge Virginia A. Phillips, et al., Federal Civil Procedure Before Trial, Calif. & 9th Cir. Editions § 10:790 (The Rutter Group 2021) ("There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23).

DATED: June 4, 2024          TAULER SMITH LLP

By:    */s/ Robert Tauler*
       Robert Tauler, Esq.
       *Attorney for Plaintiff*
       *Anne Heiting*